UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | | |
|---|---|---|
| RICOO TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-148 Erie |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CLEVELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, there being no objections thereto, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The defendant's motion for summary judgement is **GRANTED.**

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 26th day of June, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE